

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2023

No. 04-22-00216-CV

**2008 LEXUS GX470**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021W0676
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

On December 14, 2022, this court issued an opinion designated "Memorandum Opinion." On February 2, 2023, appellee filed a "Motion to Change Designation" from "Memorandum Opinion" to "Opinion." The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court